No. 10–5443. FOWLER v. UNITED STATES. C. A. 11th Cir. [Certiorari granted, 562 U. S. 1043.] Motion of petitioner for ap-

pointment of counsel granted. Stephen M. Crawford, Esq., of Tampa, Fla., is appointed to serve as counsel for petitioner in this case.